IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RENESAS ELECTRONICS CORPORATION and 511 TECHNOLOGIES, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>VIZIO, INC.<br><br>    Defendant. | Case No.  2:11-CV-356 |

ORDER GRANTING JOINT
MOTION TO PARTIALLY LIFT STAY AND
ORDER GRANTING MOTION TO DISMISS

Before the Court is the parties' Joint Motion to Partially Lift Stay and Motion to Dismiss. The Court being apprised of the grounds therefore and being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that the stay in this action is lifted for the limited purpose of dismissing the action.

It is further ORDERED that all claims or causes of action asserted in this suit are hereby dismissed with prejudice to the right of these parties to assert in the future any such claims or any claims which could have been asserted in this suit.

It is further ORDERED that all costs are assessed against the party who incurred them.

**SIGNED this 12th day of July, 2012.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE